IN THE SUPREME COURT OF NORTH CAROLINA

2022-NCSC-124

No. 312A21

Filed 16 December 2022

IN THE MATTER OF C.G.F.

Appeal pursuant to N.C.G.S. § 7A-30(2) from an unpublished decision of a divided panel of the Court of Appeals, 278 N.C. App. 604, 2021-NCCOA-364, affirming an involuntary commitment order entered on 14 February 2020 by Judge Pat Evans in District Court, Durham County. Heard in the Supreme Court 20 September 2022.

*Joshua H. Stein, Attorney General, by James W. Doggett, Deputy Solicitor General, and South A. Moore, General Counsel Fellow for the State-appellee.*

*Glenn Gerding, Appellate Defender, by Wyatt Orsbon, Assistant Appellate Defender, for respondent-appellant.*

*Disability Rights North Carolina, by Lisa Grafstein, Holly Stiles, and Elizabeth Myerholtz, for Disability Rights North Carolina, National Association of Social Workers, Promise Resource Network, and Peer Voice North Carolina, amici curiae.*

PER CURIAM.

For the reasons stated in *In re J.R.*, 2022-NCSC-127, the decision of the Court of Appeals is affirmed.

AFFIRMED.

*Opinion of the Court*

Justices HUDSON, MORGAN, and EARLS dissent for the reasons stated in Justice Earls' dissenting opinion in *In re J.R.*, 2022-NCSC-127.